**Order entered January 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00722-CR

### MELVIN BERNARD GOODEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F17-70898-I

## ORDER

Before the Court is the State's January 9, 2019 motion for an extension of time to file its brief. The State's brief accompanying the motion was due and was filed on January 9, 2019. Accordingly, the State's motion is **DENIED AS MOOT**.

/s/     CORY L. CARLYLE
JUSTICE